IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00967-REB-MJW

ALLSTATE INSURANCE COMPANY,

Plaintiff(s),

v.

WESTERN AMERICAN INSURANCE COMPANY,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Unopposed Motion for Extension of Deadline for Joinder of Parties and Amendment of Pleadings, DN 32, filed with the Court on September 24, 2009, is GRANTED up to and including November 24, 2009.

Date:   September 25, 2009