IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00967-REB-MJW

ALLSTATE INSURANCE COMPANY,

Plaintiff(s),

v.

WESTERN AMERICAN INSURANCE COMPANY,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby **ORDERED** that Defendant West American Insurance Company's Motion for Protective Order and to Quash Subpoena as to Merrill Tyler **(docket no. 62)** is **MOOT** and therefore **DENIED**. The date for Mr. Tyler's deposition in the subject subpoena was April 9, 2010, and that date has passed. Further, in Defendant's response (docket no. 66) to Plaintiff's Motion to Compel Defendant to Identify Contact Information of Witness Merrill Tyler, and Request for Expedited Ruling and Sanctions (docket no. 57), Defendant indicated that the parties were in the process of scheduling Mr. Tyler's deposition. Lastly, Defendant has hinted in the subject motion (docket no. 62) at page 5 that Defendant may designate Mr. Tyler as a Rule 30(b)(6) witness and that a subpoena would be unnecessary in that event.

It is **FURTHER ORDERED** that the parties shall forthwith meet, confer, and clear a date for Mr. Tyler's deposition. The parties are informed that if they cannot agree on a date for Mr. Tyler's deposition that is acceptable to the parties, then this court will set the date for such deposition on a forthwith basis. The parties are also reminded that the discovery rules located in the Federal Rules of Civil Procedure are designed to be used by the parties **WITHOUT** court intervention. **(Emphasis added).**

Date: April 14, 2010