IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00967-REB-MJW

ALLSTATE INSURANCE COMPANY,

Plaintiff(s),

v.

WESTERN AMERICAN INSURANCE COMPANY,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby **ORDERED** that Defendant West American Insurance Company's Motion to Amend the Scheduling Order and Vacate the Trial Date **(docket no. 60)** is **GRANTED IN PART, DENIED IN PART AND DECLINED TO RULE IN PART** as follows. In this case, the parties have had sufficient time to complete discovery. Both sides have caused this case to be unnecessarily expanded by their actions, but such actions of the parties do not equate to good cause to extend all deadlines set out in the Rule 16 Scheduling Order. Accordingly, the subject motion (docket no. 60) is **GRANTED** insofar as the deadline to complete discovery is extended to May 28, 2010. This court **DECLINES TO RULE** on the portion of the subject motion (docket no. 60) that asks the court to vacate the jury trial. That portion of the subject motion (docket no. 60) will be addressed by Judge Blackburn since he is the trial judge on the merits. The remainder of the relief sought in the subject motion (docket no. 60) is **DENIED**.

Date: April 14, 2010