IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00967-REB-MJW

ALLSTATE INSURANCE COMPANY,

Plaintiff(s),

v.

THE WEST AMERICAN INSURANCE COMPANY,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby **ORDERED** that Defendant The West American Insurance Company's Motion for Protective Order and to Quash Subpoena as to Fed. R. Civ. P. 30(b)(6) Deposition of The West American Insurance Company **(docket no. 64)** is **MOOT** and therefore **DENIED**. The date for Rule 30(b)(6) deposition of Defendant The West American Insurance Company in the subject subpoena was April 12, 2010, and that date has passed.

It is **FURTHER ORDERED** that the parties shall forthwith meet, confer, and clear a date for the Rule 30(b)(6) deposition of Defendant The West American Insurance Company. The parties are informed that if they cannot agree on a date for the Rule 30(b)(6) deposition of Defendant The West American Insurance Company that is acceptable to the parties, then this court will set the date for such deposition on a forthwith basis. The parties are also reminded that the discovery rules located in the Federal Rules of Civil Procedure are designed to be used by the parties **WITHOUT** court intervention. **(Emphasis added).**

Date: April 15, 2010