IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00967-REB-MJW

ALLSTATE INSURANCE COMPANY,

Plaintiff(s),

v.

WEST AMERICAN INSURANCE COMPANY,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant West American Insurance Company's Second Motion to Compel Discovery Responses (docket no. 67) is GRANTED. The Plaintiff Allstate Insurance Company has failed to file any timely response to this motion and this court deems the motion confessed.

It is FURTHER ORDERED that Plaintiff Allstate Insurance Company shall provide to Defendant West American Insurance Company full and complete responses to all discovery requests as outlined in the subject motion (docket no. 67) on or before May 17, 2010. Each party shall pay their own attorney fees and costs for this motion.

Date: May 5, 2010