IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00967-REB-MJW

ALLSTATE INSURANCE COMPANY,

Plaintiff(s),

v.

WESTERN AMERICAN INSURANCE COMPANY,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Plaintiff's Motion for Reconsideration of May 5, 2010 Order Regarding Docket no. 67, Defendant's Second Motion to Compel Discovery Responses (docket no. 89) is DENIED for the following reason. Pursuant to D.C.COLO.LCivR 7.1 C ... **"Nothing in this rule precludes a judicial officer from ruling on a motion at any time after it is filed."**

Date: May 6, 2010