**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No. 09-cv-00967-REB-MJW

ALLSTATE INSURANCE COMPANY,

      Plaintiff,

v.

THE WEST AMERICAN INSURANCE COMPANY,

      Defendant.

---

**ORDER ADOPTING RECOMMENDATION OF THE**
**UNITED STATES MAGISTRATE JUDGE**

---

**Blackburn, J.**

      The matter before me is the magistrate judge's recommendation contained within the **Minute Order** [#88], filed May 5, 2010.  No objections having been filed to the recommendation, I review it only for plain error.  *See Morales-Fernandez v. Immigration & Naturalization Service*, 418 F.3d 1116, 1122 (10th Cir. 2005).  Finding no such error in the magistrate judge's recommended disposition, I find and conclude that the recommendation should be approved and adopted.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That magistrate judge's recommendation contained within the **Minute Order** [#88], filed May 5, 2010, is **APPROVED AND ADOPTED** as an order of this court;

      2.  That the Trial Preparation Conference, currently scheduled for July 30, 2010, at 9:00 a.m., as well as the trial, currently scheduled to commence on August 16, 2010, at 8:30 a.m., are **VACATED** and **CONTINUED**, pending further order of the court; and

      3.  That the Trial Preparation Conference and trial **SHALL BE RESET** during a

telephonic setting conference on **June 7, 2010**, at **10:00 a.m.** (MDT); provided,

furthermore, that counsel for plaintiff **SHALL ARRANGE** and **COORDINATE**

the conference call necessary to facilitate the setting conference

Dated May 25, 2010, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge