## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.** 09-cv-00967-REB-MJW | FTR - Courtroom A-502 |
| **Date:** July 15, 2010 | Courtroom Deputy, Ellen E. Miller |

| *Parties* | *Counsel* |
|---|---|
| ALLSTATE INSURANCE COMPANY, | Lisa F. Mickley |
| | Cathleen H. Heintz |
| Plaintiff(s), | |
| v. | |
| THE WEST AMERICAN INSURANCE COMPANY, | Lucas Lorenz |
| | Nancy L. Pearl |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**: MOTIONS HEARING
**Court in Session:** 8:30 a.m.
Court calls case. Appearances of counsel.

Argument is heard on pending motions.

**It is ORDERED:** Defendant West American Insurance Company's SECOND MOTION TO COMPEL DISCOVERY RESPONSES [Docket No. **67,** April 12, 2010] is **TAKEN UNDER ADVISEMENT**. The court will issue its written Order.

**It is ORDERED:** Defendant West American Insurance Company's MOTION TO STRIKE PLAINTIFF ALLSTATE INSURANCE COMPANY'S SUPPLEMENTAL EXPERT DISCLOSURES [Docket No. **80**, Filed May 03, 2010] is **TAKEN UNDER ADVISEMENT.** The court will issue its written Order.

**It is ORDERED:** Plaintiff's MOTION TO STAY DISCOVERY ORDER DATED MAY 5, 2010, DOCKET NO. 86 [Docket No. **96,** Filed May 14, 2010] is **DENIED AS MOOT.**

**It is ORDERED:** Defendant West American Insurance Company's MOTION TO COMPEL COMPLIANCE WITH THE COURT'S ORDER (DOCKET NO. 76) AND FOR SANCTIONS PURSUANT TO Fed. R. Civ. P. 37(b) [Docket No. **103**, Filed May 19, 2010] is **TAKEN UNDER ADVISEMENT.** The court will issue its written Order.

*09-cv-00967-REB-MJW*
*Motions Hearing*
*July 15, 2010*


**It is ORDERED:**  Parties'  STIPULATED MOTION TO AMEND THE SCHEDULING ORDER TO ALLOW AN  EXTENSION OF TIME TO COMPLETE FACT DISCOVERY UNTIL AUGUST 31, 2010   [Docket No. **120**, Filed June 25, 2010]  is  **GRANTED**.   Fact discovery deadline is extended up to and including **AUGUST 31, 2010.**


HEARING CONCLUDES.

**Court in recess:**   9:48   a.m.
Total In-Court Time:   01:18


To order a transcript of this proceedings, contact  Avery Wood Reports   (303) 825-6119  or   Toll Free   1-800-962-3345.

*09-cv-00967-REB-MJW*
*Motions Hearing*
*July 15, 2010*

**It is ORDERED:**    Parties'    STIPULATED MOTION TO AMEND THE SCHEDULING ORDER TO ALLOW AN  EXTENSION OF TIME TO COMPLETE FACT DISCOVERY UNTIL AUGUST 31, 2010   [Docket No. **120**, Filed June 25, 2010]  is  **GRANTED**.   Fact discovery deadline is extended up to and including **AUGUST 31, 2010.**

HEARING CONCLUDES.

**Court in recess:**    9:48   a.m.
Total In-Court Time:   01:18


To order a transcript of this proceedings, contact  Avery Wood Reports    (303) 825-6119  or    Toll Free    1-800-962-3345.