IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00967-REB-MJW

ALLSTATE INSURANCE COMPANY,

Plaintiff(s),

v.

THE WEST AMERICAN INSURANCE COMPANY,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby **ORDERED** that on **August 17, 2010, at 8:30 a.m.,** a hearing will be held on Defendant West American Insurance Company's Motion to Amend the Scheduling Order (Docket No. 130). Plaintiff shall file a response to that motion (Docket No. 130) on or before **12 noon on August 12, 2010.**

It is further **ORDERED** that Plaintiff's Forthwith Motion to Stay Production of Claims File Pursuant to Order Dated July 29, 2010 Docket No. 129 **(Docket No. 132)** is **granted**, and thus the provision of this court's Order of July 29, 2010 (Docket No. 129) ordering plaintiff to meet and confer and make the withheld portions of the claims file available to defendant is stayed pending resolution of objections to that Order which plaintiff states it will be filing.

Date: August 6, 2010