**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe**

**Civil Action No.** 09-cv-00967-REB-MJW          FTR - Courtroom A-502

**Date:** August 17, 2010                          Courtroom Deputy, Ellen E. Miller

<u>*Parties*</u>                                            <u>*Counsel*</u>

ALLSTATE INSURANCE COMPANY,                 Cathleen H. Heintz

    Plaintiff(s),

v.

WEST AMERICAN INSURANCE COMPANY,            Nancy L. Pearl

    Defendant(s).

---

**COURTROOM MINUTES / MINUTE ORDER**

---

**HEARING**:  **MOTION   HEARING**
**Court in Session:**   8:30 a.m.
Court calls case.  Appearances of counsel.

The Court raises Defendant's Motion to Amend the Scheduling Order, Request for Expedited Briefing Scheduling, and Request for Forthwith Ruling [Docket No. 130] for argument.

Argument by Ms. Pearl on behalf of Defendant.
Response by Ms. Heintz on behalf of Plaintiff.

**It is ORDERED:**     Defendant's MOTION TO AMEND THE SCHEDULING ORDER, REQUEST FOR EXPEDITED BRIEFING SCHEDULING, AND REQUEST FOR FORTHWITH RULING [Docket No. **130**, Filed August 04, 2010]   is **GRANTED** for reasons as set forth on the record.

    The Scheduling Order [Docket No. 20] is therefore amended as follows:
- Discovery Cut-off is extended to   **NOVEMBER 01, 2010**
- Dispositive Motions Deadlines is extended to **DECEMBER 01, 2010**
- Final Pretrial Conference set November 15, 2010 at 9:00 a.m. is VACATED and RESET to   **MARCH 03, 2011   at   8:30 a.m.** in Courtroom A-502, Fifth floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado  80294.
Parties shall submit their Proposed Final Pretrial Order on or before **FEBRUARY 28, 2011.**
- Defendant is authorized up to and including **FEBRUARY 28, 2011** within which to take the deposition of Allstate adjuster Lynne Burns.

Defendant notes Affidavits for Attorney Fees Regarding Docket Numbers 67 and 103 were filed August 16, 2010.   Defendant anticipates withdrawing the affidavits if the stipulation the parties are discussing is finalized.

Hearing concluded.
**Court in recess:**	8:51	a.m.
Total In-Court Time 00: 21

To order a transcript of this proceedings, contact  Avery Wood Reports    (303) 825-6119  or    Toll Free    1-800-962-3345.