IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00967-REB-MJW

ALLSTATE INSURANCE COMPANY,

    Plaintiff,

v.

WEST AMERICAN INSURANCE COMPANY,

    Defendant.

---

**ORDER GRANTING DEFENDANT WEST AMERICAN INSURANCE COMPANY'S UNOPPOSED FORTHWITH MOTION TO AMEND THE SCHEDULING ORDER TO EXTEND THE DEADLINE FOR DEPOSITIONS OF ALLSTATE AND ITS REPRESENTATIVES** ( Docket No. 156 )

---

This Court, upon West American Insurance Company's <u>Unopposed</u> Forthwith Motion to Amend the Scheduling Order to Extend the Deadline for Depositions of Allstate and its Representatives, upon review of the Motion, any Response and/or Reply thereto, and being duly apprised, hereby finds the Motion should be Granted.

IT IS THEREFORE ORDERED that the Scheduling Order is amended as follows:

West American Insurance Company shall have up through and including February 28, 2011, for taking the deposition of Allstate and its representatives.

So Ordered this 2nd day of November, 2010.

BY THE COURT:

_____
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO