IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00967-REB-MJW

ALLSTATE INSURANCE COMPANY,

Plaintiff(s),

v.

WEST AMERICAN INSURANCE COMPANY,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is here ORDERED that Defendant West American Insurance Company's Forthwith Motion to Amend the Scheduling Order to Extend the Deadline for Dispositive Motions (docket no. 162) is GRANTED for essentially the reasons stated within this motion.  However, the length of such extension should only be until February 7, 2011.  Accordingly, the deadline to file dispositive motions is extended for all parties to February 7, 2011.

Date:  December 2, 2010