# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

**Civil Action No.**  09-cv-00967-REB-MJW          FTR - Courtroom A-502

**Date:**  December 15, 2010                       Courtroom Deputy, Ellen E. Miller

| *Parties* | *Counsel* |
|---|---|
| ALLSTATE INSURANCE COMPANY,<br>    Plaintiff(s), | Cathleen H. Heintz   (by telephone) |
| v. | |
| WEST AMERICAN INSURANCE COMPANY,<br>    Defendant(s). | Lucas Lorenz   (by telephone) |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:   **TELEPHONIC  MOTIONS  HEARING**
**Court in Session:**     10:30 a.m.
Court calls case.  Appearances of counsel.  Also on the conference call is defense counsel Nancy L. Pearl.

The Court raises Plaintiff's Motion for Protective Order Pertaining to Production of the Allstate Claims File [Docket No. **165**] and  Defendant's Motion to Compel Compliance with the Court's Orders Regarding Production of Allstate's Complete Original Claim Files (Docket Nos. 76 & 129) [Docket No. **167**]  for argument.

Argument by Ms. Heintz.
Argument by Mr. Lorenz.

**It is ORDERED:**     Plaintiff's MOTION FOR PROTECTIVE ORDER PERTAINING TO PRODUCTION OF THE ALLSTATE CLAIMS FILE [Docket No. **165,** Filed December 06, 2010] is **DENIED** for reasons as set forth on the record.

**It is ORDERED:**     Defendant's MOTION TO COMPEL COMPLIANCE  WITH THE COURT'S ORDERS REGARDING PRODUCTION OF ALLSTATE'S COMPLETE ORIGINAL CLAIM FILES (DOCKET NOS. 76 & 129) [docket No. **167,** Filed December 08, 2010] is   **GRANTED** for reasons as set forth on the record.

HEARING CONCLUDES.    **Court in recess:**    10:43 a.m.   Total In-Court Time:   00:13

To order a transcript of this proceedings, contact  Avery Wood Reports    (303) 825-6119  or    Toll Free    1-800-962-3345.