IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00967-REB-MJW

ALLSTATE INSURANCE COMPANY,

Plaintiff,

v.

THE WEST AMERICAN INSURANCE COMPANY,

Defendant.

MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that Defendant West American Insurance Company's Forthwith Motion to Compel Regarding Availability of Plaintiff's Entire Original Claim Files (docket no. 176) is GRANTED pursuant to D.C.COLO. CivR 7.1 C that states, *in pertinent part*, "... Nothing in this rule precludes a judicial officer from ruling on a motion at any time after it is filed."

This court has previously ruled that Plaintiff Allstate Insurance Company shall make its original claims file available to Defendant West American Insurance Company. As recently as December 15, 2010, at a motions hearing in this case, Magistrate Judge Watanabe again ORDERED counsel to meet and confer and set a date and time certain in Dallas, Texas where the Plaintiff's original claim is located for Defendant's counsel to review the same.

It is now FURTHER ORDERED that the parties shall IMMEDIATELY meet and confer and set a date and time for Defendant's counsel to review Plaintiff's original claims file in Dallas, Texas.  This review shall be set either on December 29, 31, 2010 or January 3, 4, 5, 6, or 7, 2011.  The parties are placed on notice that failure to follow this minute order may result in citation to show cause to issue for contempt of court.

Date:  December 20, 2010