**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-00967-REB-MJW

ALLSTATE INSURANCE COMPANY,

    Plaintiff,

v.

THE WEST AMERICAN INSURANCE COMPANY,

    Defendant.

---

### MINUTE ORDER[1]

---

    The matter is before the court on defendant's **Unopposed Motion For Leave To Exceed The Page Limit For Fed. R. Civ. P. 56 Motions** [#180] filed January 13, 2011. The motion is **DENIED**. The court's most recent practice standards, applicable to papers filed after December 1, 2010, do not require formatting, and that the number and complexity of claims do not appear otherwise to be so great as to require additional pages.

    Dated:  January 13, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.