IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No.  10-cv-00967-CMA-BNB

CHRISTOPHER SANCHEZ, and
PINNACOL ASSURANCE,

Plaintiffs,

v.

PATTERSON-UTI DRILLING COMPANY, LLC, a foreign limited liability company, and
JOHN DOE,

Defendants.

_____

**ORDER**
_____

I am informed that this case has been resolved.  Accordingly,

IT IS ORDERED that on or before February 17, 2011, the parties shall file a stipulation

or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated January 31, 2011.

BY THE COURT:

 s/ Boyd N. Boland_____
United States Magistrate Judge