**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 09-cv-00967-WJM-MJW

ALLSTATE INSURANCE COMPANY,

      Plaintiff,

v.

THE WEST AMERICAN INSURANCE COMPANY,

      Defendant

_____

**ORDER VACATING TRIAL SETTING FOR MAY 16, 2011 AND
DENYING MOTION FOR CONTINUANCE IN PART**

_____

This matter is before the Court *sua sponte.*  Due to a conflict in the Court's

schedule, the Jury Trial set for May 16, 2011 is hereby VACATED.  Pursuant to WJM

Practice Standard V.C., trial will be re-set upon entry of a Final Pretrial Order in this

case.  As a consequence the Defendant's Motion to Continue the Trial Date [195] is

DENIED in part as MOOT.  The remainder of the Motion (Doc. #195) concerning (1)

Amending the Scheduling Order (Doc. #20), (2) Resetting the Final Pretrial Order, and

(3) Expedited Briefing Schedule and Ruling is hereby referred to Magistrate Judge

Michael J. Watanabe.

      IT IS ORDERED that the Trial set for May 16, 2011 is VACATED and

Defendant's Motion to Continue Trial is DENIED as MOOT.  The remainder of the

Defendant's Motion to Continue (Doc. #195) is hereby referred to Magistrate Judge

Michael J. Watanabe.


Dated this 1st day of March, 2011.

BY THE COURT:


s/ *William J. Martínez*
United States District Judge