IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00967-WJM-MJW

ALLSTATE INSURANCE COMPANY,

Plaintiff(s),

v.

WEST AMERICAN INSURANCE COMPANY,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant West American Insurance Company's Motion to Amend the Scheduling Order to Reset the Final Pretrial Conference and the Deadline for Filing the Final Pretrial Order and for Expedited Briefing Schedule and Ruling (docket no. 220) is DENIED.  This case was filed in 2009.  The parties have been given sufficient time to complete discovery in this case.  I do not find good cause as required under Pumpco. Inc. V. Schenker Int'l, Inc., 205 F.R.D. 667, 668 (D. Colo. 2002) for the relief sought.

Date:  August 11, 2011