IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00967-WJM-MJW

ALLSTATE INSURANCE COMPANY,

Plaintiff,

v.

WESTERN AMERICAN INSURANCE COMPANY,

Defendant.

## MINUTE ORDER
## (DOCKET NO. 223)

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that Defendant West American Insurance Company's Motion for Reconsideration of the Court's August 11, 2011 Order (docket no. 223) is DENIED.  The mere fact that there are pending dispositive motions does not require this court to continue the Final Pretrial Order.  In fact, part of the Final Pretrial Order includes a section for pending motions including and not limited to pending dispositive motions. See Appendix G, paragraph 5. Pending Motions, attached to the Local Rules of Practice of this court.  Further, Judge Martinez will be conducting a trial preparation conference in this case and has the ability and authority to order the parties to file an updated Final Pretrial Order, if needed, following his rulings on the pending dispositive motions.  For all of these reasons the subject motion should be denied.

Date:  August 15, 2011