IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 09-cv-00967-RBJ-MJW**

ALLSTATE INSURANCE COMPANY,

    Plaintiff,

v.

THE WEST AMERICAN INSURANCE COMPANY,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

The Court having reviewed the Stipulated Motion to Dismiss with Prejudice, being duly advised in the premises, and for good cause shown; DOES HEREBY GRANT the Stipulated Motion To Dismiss With Prejudice. Each party shall bear it own costs and attorneys' fees.

DONE ON THIS 23rd day of March, 2012.

By the Court:

*[signature: Brooke Jackson]*

U.S. District Court